Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ashlyn Saenz-Ochoa
Assistant Federal Public Defender
New Mexico State Bar No. 161658
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ashlyn_Saenz-Ochoa@fd.org

*Attorney for Petitioner Hector Carpio Ontiveros

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Hector Carpio Ontiveros,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Todd Blanche, *et al.*,<br><br>　　　　Respondents. | Case No. 2:26-cv-01738-MMD-MDC<br><br>**Order Granting Stipulation for Extension of Time to File First Amended Petition and IFP Form or Fee**<br><br>**(First Request)** |

Petitioner and Respondents, through their undersigned counsel, hereby stipulate and jointly request that the court extend the due date for Petitioner's first amended petition and IFP form or fee by 4 days, up to and including July 17, 2026. This is the first request for an extension of time.

1

Petitioner filed this petition for writ of habeas corpus under 28 U.S.C. § 2241 on June 12, 2026.[1] This Court appointed the Office of the Federal Public Defender to represent Mr. Carpio Ontiveros on June 12, 2026.[2] Undersigned counsel appeared on June 18, 2026.[3] This Court directed the FPD to file an amended petition within 30 days from the date of appearance.[4] Therefore, Mr. Carpio Ontiveros's amended petition is due on July 13, 2026. For the reasons explained below, the parties now enter into this Stipulation requesting a 4 day extension of time for Petitioner to file his amended petition.

Counsel for Petitioner has been diligently working on getting the information necessary to complete Mr. Carpio Ontiveros's amended petition. Undersigned counsel met with Mr. Carpio Ontiveros via video visit, June 30, 2026. But Mr. Carpio Ontiveros had a recent hearing in front of an IJ and undersigned counsel needs more time to determine what occurred during the hearing and how it will impact the legal claims put forth in his amended petition. Undersigned counsel has reached out to NSDC to schedule a video visit with Mr. Carpio Ontiveros to occur either Wednesday, July 15, 2026 or Thursday, July 16, 2026.

Undersigned counsel and counsel for Respondents, AUSA Ednin Martinez, have conferred regarding the need for an extension of time to file the amended petition and agree on the proposed extension of four days. This request is not sought for the purpose of delay but in the interest of justice and the interest of the Petitioner.

---

[1] ECF No. 4.

[2] ECF No. 3.

[3] ECF No. 5.

[4] ECF No. 3.

2

Order Granting Stipulation for Extension of Time to File First Amended Petition and IFP Form or Fee (continued).

Dated July 13, 2026.

Respectfully submitted,

| | |
|---|---|
| Sigal Chattah | Rene L. Valladares |
| First Assistant United States Attorney | Federal Public Defender |
| | |
| /s/ *Ednin Martinez* | */s/ Ashlyn Saenz-Ochoa* |
| Ednin Martinez | Ashlyn Saenz-Ochoa |
| Assistant United States Attorney | Assistant Federal Public Defender |

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED:  July 14, 2026

3

## Certificate of Service

I hereby certify that on July 13, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

s/ Mayra Castillo
An Employee of the
Federal Public Defender